THE STATE OF OHIO, APPELLEE, *v.* BUTLER, APPELLANT.

[Cite as State *v.* Butler (1990), 48 Ohio St. 3d 78.]

(No. 89-164—Submitted December 5, 1989—Decided January 24, 1990.)

*Robert D. Horowitz,* prosecuting attorney, and *Ronald Mark Caldwell,* for appellee.

*Randall M. Dana,* public defender, and *Barbara A. Farnbacher,* for appellant James Curtis Butler.

This cause is affirmed on authority of *State* v. *Watson* (1989), 47 Ohio St. 3d 93, 547 N.E. 2d 1181.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.